FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jose Carlitos Roman Campos

**PLAINTIFF/PETITIONER**

V.

Donald J. Trump
Chad Bianco

**DEFENDANT/RESPONDENT**

CASE NUMBER

5:26-cv-02019-JGB-DSR

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I,_____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☑ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    Public benefits?                                          ☐ Yes  ☑ No
    Business, profession or form of self-employment?         ☑ Yes  ☐ No
    Rent payments, interest or dividends?                    ☐ Yes  ☑ No
    Pensions, annuities or life insurance payments?          ☐ Yes  ☑ No
    Gifts or inheritances?                                   ☐ Yes  ☑ No
    Any other income (other than listed above)?             ☐ Yes  ☑ No
    Loans?                                                   ☐ Yes  ☑ No
    Any other income (other than listed above)?             ☐ Yes  ☑ No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Amazon Flex gig Job

    I deliver Amazon Packages from my Amazon Flex app which I am extremely
    Super grateful to have because it is the Only Source of income I have, to

CV-60 (11/23)           **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**           Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes  ☑ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration.  _____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

If you answer is yes, describe the property and state its approximate value:  _____

_____

_____

5. In what year did you last file an Income Tax Return?  2025 _____

Approximately how much income did your last return reflect?  30,000 _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:  _____

_____

_____

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | 700 | Credit Cards | | |
| Transportation | 600 | Child Care | | |
| Food | 580 | Insurance | 280 | |
| Medical | | Loans | | |
| Utilities | 400 | Other | 800 | |

California
_____
State

Riverside County / Corona, CA
_____
County (or City)

I, _Jose Carlitos Roman Campos_  declare under penalty of perjury that the foregoing is true and correct. Executed on:

04/21/2026
_____
Date

_____
Plaintiff (Signature)