NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jose Carlitos Roman Campos
13871 Estelle St.
Corona, CA, 92879
(951) 329-6299

CLEAR FORM

FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jose Carlitos Roman Campos, on behalf of
himself and all others similarly situated

Plaintiff(s),

v.

Donald J. Trump
Gary E. Stevenson
Chad Bianco
"SEE ATTACHED"

Defendant(s)

CASE NUMBER:

5:26-cv-02019-JGB-DSR

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Jose Carlitos Roman Campos
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ambrosio Rodriguez, The Rodriguez Law group 626 Wilshire Blvd Ste 460, Los Angeles, CA, 90017 (213) 463-1993 | I first contacted Ambrosio Rodriguez when I was being harrassed by Sheriffs in Home Gardens, I told him to please document my call and the reason for calling around July 2021. I went to their Riverside location, but they never helped me out. |
| Frantz Law Group 11801 Pierce St, Ste 200, Riverside, CA, 92505 (916) 492-6059 | I went to the Frantz Law group to seek legal help for a problem I have been having with a local terrorist Organization business network ring. |

04/21/2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

These are the These are some of the Child Sexual abuse Trafficking Pedophilia Organization Bussiness Network Ring Donald J. Trump and the Trump Organization Direct, and molest/rape children lik Ms. Katie Johnson whose real name is Tiffany Trump.

The Riverside Sheriff's Department Chad Bianco.

Hilton Grand Vacations Inc.
Trump International Hotel Las Vegas.

Aaron's Rent to own Furniture store in Ontario, CA.
Plaza Services, LLC, Gerald Lewis and Adam Parks.
PROG Holdings Inc, R. Charles Lovdermilk Sr.
Black Rock
The Vanguard Group
State Street Corporation, Steven A. Michaels.
Altria Grap, Philip Morris
Westpac Bank Corporation located in New York City.
iFit Health & Fitness, Gary E. Stevenson.
Vulcan Materials Company.
FST North Plant Aggregate Mining Products.
Temescal Canyon Lake.
Core-mark Intl.
KMM Telecommunications
Draft Sports Complex, Pipeline Volleyball Club.
The Trump Corporation located in 1825 Madera Cir, Corona. CA. 92879.
James Lael Jensen, Arroyo Terminals llc.

Page Number

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT