AO 93  (Rev. 11/13) Search and Seizure Warrant

FILED

CLERK, U.S. DISTRICT COURT

4/30/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____LK_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

for the

## Central District of California ▼

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

The Trump Capital Corporation
1825 Madera Cir,
Corona, CA, 92879

)
)
)
)
)
)
)

Case No.   5:26-cv-02019-JGB-DSR

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

Gassia Dabbaghian, 5 beds, 3 baths, 2672 sq. ft. house 1825 Madera Cir, Corona, CA, 92879. JOHN P. MENDES, Law Office, 3302 S Falkenburg Rd Riverview, FL 33578. ANDRE DABBAGHIAN, NYLife Securities LLC 1250 Corona Pointe Ct Ste 202, Corona, CA 92879. Det. Katherine Dabbaghian, 330 W. Broadway, San Diego, CA 9210, 10390 Pacific Center Court, San Diego, CA 92121. Steven M. Davis, leader of the U.S Department of Gov. Efficiency (DOGE), Trump Hotel Las Vegas, 2000 Fashion Show Dr, Las Vegas, NV 89109. Donald Trump, Mar-a-lago,1100 S Ocean Blvd, Palm Beach, FL 33480

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The individulas listed above establish a probable personal, political, and business relationship with Donald J. Trump and the Trump Capital Corporation which ultimately falls right under the Trump Organization Umbrella and after finding beyond rasonable doubt evidence regarding U.S.S.G. § 2G2.4, section 2G2.4(c)(2) also calls for cross-reference to U.S.S.G. § 2G2.2 18 U.S. Code § 2256. 18 USC § 793 (Espionage Act): Related to gathering, transmitting, or losing defense information.18 USC § 2071: Related to concealment, removal, or destruction of federal records.18 USC § 1519: Related to obstruction of justice by destroying or concealing documents in a federal investigation. § 23.0506 Emergency Abatement. § 23.0505 Crimina

**YOU ARE COMMANDED** to execute this warrant on or before _____May 10, 2026_____ *(not to exceed 14 days)*
❒ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❒ for _____ days *(not to exceed 30)*   ❒ until, the facts justifying, the later specific date of _____ .

Date and time issued:   04/30/2026 7:25 pm

City and state:   Riverside, CA                    Honorable Kenly Kiya Kato U.S Magistrate Judge
                                                   *Judge's signature*
                                                   *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>  5:26-cv-02019-JGB-DSR | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*