UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-02019 JGB (DSR)                               Date: May 4, 2026

Title   JOSE CARLITOS ROMAN CAMPOS v. DONALD J. TRUMP, ET AL.

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER DENYING REQUEST FOR ISSUANCE OF SEARCH WARRANT (DOC. NO. 7)**

On April 30, 2026, Plaintiff filed a form AO 93 Search and Seizure Warrant, which attempts to authorize the search of several different residential and business properties.  See Doc. No. 7.  The Court deems this to be a request by Plaintiff for issuance of a search warrant for the properties identified on the face of the proposed warrant.

Search warrants are issued in criminal cases, upon application by a federal law enforcement officer or an attorney for the government, which must be supported by an affidavit establishing probable cause to search for and seize a person or property.  Fed. R. Crim. P. 41. The instant request meets none of these requirements.  This is a civil case, Plaintiff is not a federal law enforcement officer or attorney for the government, and there is no affidavit establishing probable cause.  The request for issuance of a search warrant is therefore DENIED.

Any request by Plaintiff in this civil case for inspection of documents, places, and things must comply with applicable provisions of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | LK |